**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| CHING PING CHEUNG,<br><br>    Plaintiff,<br><br>v.<br><br>6213.COM, an Internet domain name, and JOHN DOE,<br><br>    Defendants. | Civil Action No. 17-cv-00258-CMH-IDD |

**PLAINTIFF'S MOTION FOR ORDER TO PUBLISH NOTICE OF ACTION**

Plaintiff Ching Ping Cheung ("Plaintiff"), by counsel, moves this Court, in accordance with the attached Memorandum of Law, for an Order directing that Plaintiff publish notice of this action in either *The Washington Post* or *The Washington Times* within fourteen (14) days after entry of this Order.

Dated: March 17, 2017    By:    __/s/ Attison L. Barnes, III /s/__
                                            Attison L. Barnes, III (VA Bar No. 30458)
                                            David E. Weslow (*for pro hac admission*)
                                            WILEY REIN LLP
                                            1776 K St. NW
                                            Washington, DC 20006
                                            (202) 719-7000 (phone)
                                            (202) 719-7049 (fax)
                                            abarnes@wileyrein.com
                                            dweslow@wileyrein.com

                                            *Counsel for Plaintiff Ching Ping Cheung*

## **CERTIFICATE OF SERVICE**

I, Attison L. Barnes, III, hereby certify that on March 17, 2017, I electronically filed the foregoing by using the CM/ECF system. I also sent a copy to the registrant of the domain name at the postal and email address provided by the registrant to the registrar of the 6213.com domain name:

lin jiang nan
Xinglin, xia men shi fu jian 361000 CN
13288666777@163.com

    /s/ Attison L. Barnes, III /s/
Attison L. Barnes, III, Esq.
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wileyrein.com

*Counsel for Plaintiff Ching Ping Cheung*