**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| CHING PING CHEUNG,<br><br>     Plaintiff,<br><br>v.<br><br>6213.COM, an Internet domain name, and JOHN DOE,<br><br>     Defendants. | Civil Action No. 17-cv-00258-CMH-IDD |

## NOTICE OF WAIVER OF HEARING

Pursuant to Local Civil Rule 7(J) and Fed. R. Civ. P. 78, Plaintiff Ching Ping Cheung, by counsel, hereby waives hearing and submits Plaintiff's Motion for Order to Publish Notice of Action for disposition upon the briefs of counsel.

Dated: March 17, 2017     By:     /s/ Attison L. Barnes, III /s/
　　　　　　　　　　　　　　　　　Attison L. Barnes, III (VA Bar No. 30458)
　　　　　　　　　　　　　　　　　David E. Weslow (*for pro hac admission*)
　　　　　　　　　　　　　　　　　WILEY REIN LLP
　　　　　　　　　　　　　　　　　1776 K St. NW
　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　(202) 719-7000 (phone)
　　　　　　　　　　　　　　　　　(202) 719-7049 (fax)
　　　　　　　　　　　　　　　　　abarnes@wileyrein.com
　　　　　　　　　　　　　　　　　dweslow@wileyrein.com

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Ching Ping Cheung*

# CERTIFICATE OF SERVICE

I, Attison L. Barnes, III, hereby certify that on March 17, 2017, I electronically filed the foregoing by using the CM/ECF system. I also sent a copy to the registrant of the domain name at the postal and email address provided by the registrant to the registrar of the 6213.com domain name:

lin jiang nan
Xinglin, xia men shi fu jian 361000 CN
13288666777@163.com

      /s/ Attison L. Barnes, III /s/
Attison L. Barnes, III, Esq.
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wileyrein.com

*Counsel for Plaintiff Ching Ping Cheung*