IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



CHING PING CHEUNG,

    Plaintiff,

v.

6213.COM, an Internet domain name, and
JOHN DOE,

    Defendants.

Civil Action No. 17-cv-00258-CMH-IDD

## ORDER TO PUBLISH NOTICE OF ACTION

Upon consideration of Plaintiff's Motion for an Order to Publish Notice of Action and Plaintiff's Memorandum of Law and Declaration in support thereof, IT IS HEREBY ORDERED:

1. That a copy of this Order be published in either *The Washington Post* or *The Washington Times* within fourteen (14) days after entry of this Order and that a declaration be filed on Plaintiff's behalf, no later than twenty (20) days after the entry of this Order, describing the steps that have been taken to comply with this Order.

2. That Plaintiff shall serve a copy of this Order on Defendant John Doe and the defendant domain name 6213.com (the "Domain Name") via the e-mail address provided in the domain name registration for the Domain Name at the time of the Complaint.

3. That Defendants John Doe and the Domain Name are hereby advised:

    A. Plaintiff has filed a Verified Complaint charging the Domain Name with violation of the Anticybersquatting Consumer Protection Act and John Doe with violating the

Computer Fraud and Abuse Act, the Electronic Communications Privacy Act, and related claims arising from the unauthorized access to Plaintiff's secured computer account and the unauthorized transfer of the Domain Name (the "Counts"). A copy of the Verified Complaint may be obtained from Plaintiff's counsel, David E. Weslow, Wiley Rein LLP, 1776 K Street NW, Washington, DC 20006, telephone (202)719-7000.

        B.      In the event the Plaintiff prevails under the Counts, remedies could include the forfeiture or cancellation of the Domain Name, the transfer of the Domain Name to the Plaintiff in this action, and/or monetary damages or attorney's fees.

        C.      Any answer or other response to the Verified Complaint should be filed with the Clerk of Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798 within twenty-one (21) days from the date of publication of this Order in either *The Washington Post* or *The Washington Times*. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against John Doe and/or the Domain Name, which could include the forfeiture or cancellation of the Domain Name or the transfer of the Domain Name to the Plaintiff.

Entered this 20th day of March, 2017.

/s/
Ivan D. Davis
United States Magistrate Judge