# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| CHING PING CHEUNG,<br><br>    Plaintiff,<br><br>v.<br><br>6213.COM, an Internet domain name, and JOHN DOE,<br><br>    Defendants. | Civil Action No. 17-cv-00258-CMH-IDD |

## DECLARATION OF ARI S. MELTZER

I, Ari Meltzer, hereby declare as follows:

1. I am an attorney with the law firm Wiley Rein LLP, counsel for Plaintiff Ching Ping Cheung.

2. I am a member in good standing of the State Bars of Maryland and the District of Columbia.

3. I submit this Declaration pursuant to the Court's Order To Publish Notice of Action, entered March 20, 2017 (the "Order"). The Court ordered Plaintiff to publish a copy of the Order in *The Washington Post* or *The Washington Times* once within fourteen (14) days after entry of the Order. The Court also ordered Plaintiff to advise the Court of the steps taken to comply with the Order.

4. To comply with this Order, I arranged to have a copy of the Order published in *The Washington Times* advising the Defendants of Plaintiff's action.

1

5. A true and accurate copy of an affidavit from Tierra Danielle McKinley, attesting that the Order was published in *The Washington Times* on March 30, 2017, is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2017 in Washington, District of Columbia.

*/s/ Ari Meltzer*

Ari Meltzer
WILEY REIN LLP
1776 K Street N.W.
Washington, DC 20006
Telephone: (202) 719-7000
Fax: (202) 719-7049
ameltzer@wileyrein.com

**CERTIFICATE OF SERVICE**

I, Attison L. Barnes, III, hereby certify that on April 10, 2017, I electronically filed the foregoing by using the CM/ECF system. I also sent a copy to the registrant of the domain name at the postal and email address provided by the registrant to the registrar of the 6213.com domain name:

lin jiang nan
Xinglin, xia men shi fu jian 361000 CN
13288666777@163.com

       /s/ Attison L. Barnes, III /s/
Attison L. Barnes, III, Esq.
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wileyrein.com

*Counsel for Plaintiff Ching Ping Cheung*

# EXHIBIT A

# AFFIDAVIT OF PUBLICATION

AD # 14935440

TO WIT:

I hereby certify that on the 30th day of March, 2017, before me, the subscriber, TIERRA DANIELLE MCKINLEY, a notary public, that the matters of facts set forth are true.
DASCHELLE D. ADDISON, who being duly sworn according to law, and oath says that he is an
AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

**The Washington Times**

Circulated daily in the _State of Virginia, City of Alexandria_, and that the advertisement, of which the annexed is a true copy, was published in said newspaper 1 times(s) on the following dates:

Thursday, March 30, 2017

Total cost $252.00 Dollars

As witness, my hand and notarial seal.

Notary Public _____

My Commission Expires
TIERRA DANIELLE MCKINLEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 14, 2021

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CHING PING CHEUNG,

   Plaintiff,

v.   Civil Action No. 17-cv-00258-CMH-IDD

6213.COM, an internet domain name, and JOHN DOE,

   Defendants.

### ORDER TO PUBLISH NOTICE OF ACTION

Upon consideration of Plaintiff's Motion for an Order to Publish Notice of Action and Plaintiff's Memorandum of Law and Declaration in support thereof, IT IS HEREBY ORDERED:

1. That a copy of this Order be published in either The Washington Post or The Washington Times within fourteen (14) days after entry of this Order and that a declaration be filed on Plaintiff's behalf, no later than twenty (20) days after the entry of this Order, describing the steps that have been taken to comply with this Order.

2. That Plaintiff shall serve a copy of this Order on Defendant John Doe and the defendant domain name 6213.com (the "Domain Name") via the e-mail address provided in the domain name registration for the Domain Name at the time of the Complaint.

3. That Defendants John Doe and the Domain Name are hereby advised:

A. Plaintiff has filed a Verified Complaint charging the Domain Name with violation of the Anticybersquatting Consumer Protection Act and John Doe with violating the Computer Fraud and Abuse Act, the Electronic Communications Privacy Act, and related claims arising from the unauthorized access to Plaintiff's secured computer account and the unauthorized transfer of the Domain Name (the "Counts"). A copy of the Verified Complaint may be obtained from Plaintiff's counsel, David E. Weslow, Wiley Rein LLP, 1776 K Street NW, Washington, DC 20006, telephone (202) 719-7000.

B. In the event the Plaintiff prevails under the Courts, remedies could include the forfeiture or cancellation of the Domain Name, the transfer of the Domain Name to the Plaintiff in this action, and/or monetary damages or attorney's fees.

C. Any answer or other response to the Verified Complaint should be filed with the Clerk of Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798 within twenty-one (21) days from the date of publication of this Order in either The Washington Post or The Washington Times. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against John Doe and/or the Domain Name, which could include the forfeiture or cancellation of the Domain Name or the transfer of the Domain Name to the Plaintiff.

Entered this 20th day of March, 2017.

      /s/ Ivan D. Davis
      United States Magistrate Judge

Published: March 30, 2017    AD# 14935440

9600