## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | | |
|---|---|---|---|
| Ching Ping Cheung | ) | | |
| Plaintiff, | ) | | |
| v. | ) | CIVIL ACTION NO. | 1:17-cv-00258 (CMH/IDD) |
| 6213.com, et al | ) | | |
| Defendant. | ) | | |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and affidavit of, David E. Weslow, Counsel of Record for Plaintiff, Ching Ping Cheung, the Clerk of this Court does hereby enter the default of 6213.com for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT

BY: /s/
JUDITH LANHAM
DEPUTY CLERK

DATED: 05/09/2017